ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

RSS UBSCM2017-C4-IL O40, LLC
Plaintiff,

v.

Ontario 401 LLC
Defendants,

Case No. 24 C 10331

Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff
and against defendants

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff shall recover costs from defendants.

☐ in favor of defendant
and against plaintiff

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on 5/15/2025 on a motion of summary judgment.

Date: 5/15/2025

Thomas G. Bruton, Clerk of Court

Jannette Nunez, Deputy Clerk